JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRELL DOUGLAS, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG NETWORKS AMERICA, INC., dba SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; VERIZON WIRELESS SERVICES, LLC; WAL-MART STORES, INC.; and DOES 1 to 20, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO.: CV 13-8595-GW(MRWx)<br><br>**ORDER RE: STIPULATION TO REMAND THE CASE TO THE CALIFORNIA SUPERIOR COURT, COUNTY OF LOS ANGELES**<br><br>*Assigned to the Honorable George H. Wu*<br><br>Removed from Superior Court of the State of California, County of Los Angeles<br><br>Case No. BC524104 |

**ORDER**

Pursuant to the parties' stipulation, and for good cause appearing therefore, IT IS HEREBY ORDERED:

1. All references to punitive or exemplary damages are hereby stricken from Plaintiff's Complaint;

2. Plaintiff is forever precluded from recovering more than $75,000 total damages as a result of the claim that is the subject matter of this lawsuit, either through settlement or judgment, from all present and future defendants and

1 regardless of whether Plaintiff discovers any presently unknown damages relating
2 to the incident that is the subject of the Complaint;
3     3.    The present action is remanded to the California Superior Court,
4 County of Los Angeles, Central District.

DATED: January 6, 2014

_____
George H. Wu
United States District Judge

# PROOF OF SERVICE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**CASE NAME:** Tyrell Douglas v. Samsung Networks America, Inc., et al.

**CASE NUMBER: CV13-8595 GW (MRW)**

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 555 S. Flower Street, Suite 2900, Los Angeles, California 90071.

     On January 6, 2014, I served the foregoing document described as: **[PROPOSED] ORDER RE: STIPULATION TO REMAND THE CASE TO THE CALIFORNIA SUPERIOR COURT, COUNTY OF LOS ANGELES** in this action by transmitting a true copy thereof enclosed in a sealed envelope addressed as follows:

Erik C. Alberts
Law Offices of Erik C. Alberts
5900 Wilshire Blvd., 26th Floor
Los Angeles, CA 90036
Tel: (323) 330-0583
Fax: (323) 330-0584
*Attorneys for Plaintiff, TYRELL DOUGLAS*

**[X]**  **BY MAIL**

    **[XX]** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States mail at Los Angeles, California addressed as set forth above.

    **[XX]** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X]**  **FEDERAL**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     Executed on January 6, 2014 at Los Angeles, California.

*Karina Ramirez*
Karina Ramirez

[PROPOSED] ORDER RE: STIPULATION TO REMAND THE CASE TO THE CALIFORNIA SUPERIOR COURT, COUNTY OF LOS ANGELES

1960002.1